IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHERYL LAMBERT, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00180-MTT |
| | * |
| COLISEUM MEDICAL CENTER, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 31st day of October, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk